**93–2347.** State ex rel. Pirman v. Money. In Mandamus and Habeas Corpus. This cause originated in this court on the filing of a complaint for a writ of mandamus and/or habeas corpus. Upon consideration of relator's application for stay,

IT IS ORDERED by the court that the application for stay be, and the same is hereby, denied, effective December 2, 1993.

DOUGLAS and WRIGHT, JJ., would also dismiss the cause.

RESNICK, J., would also deny the writs on the merits.